```
ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243
```

**In The Eastern District of California for the**

**United States District Court**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:07-mj-00221-WMW |
| Plaintiff, | ) | ORDER TO DENY DEFENDANT'S MOTION FOR JURY TRIAL |
| v. | ) | |
| TYLER BENSON, | ) | Date: 03/11/08 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Courtroom: U.S. Magistrate Judge: |
| | ) | Hon. William M. Wunderlich |

For the reasons stated in the United States Government Response and oral argument in opposition to the Defendant's Motion for Jury Trial the United States Government, through its representative Elizabeth Waldow, respectfully requests that the Defendant's Motion for Jury Trial be denied.  Further, the court finds that 36 CFR 2.35(b) is not void as ultra vires; 21 USC 844 does not preclude charging the National Park Service for Possession of Controlled Substances.

1

Respectfully submitted,

Dated: March 18, 2008                    /s/Elizabeth Waldow
                                         Elizabeth Waldow
                                         National Park Service

**ORDER**

IT IS SO ORDERED.

**Dated:    March 18, 2008                    /s/  William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE